IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LON LAMAR FARR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO.  2:09-cv-394-WHA |
| ) | [wo] |
| CHERYL PRICE, *et al.*, ) | |
| ) | |
| Respondent. ) | |

**OPINION and ORDER**

On October 17, 2011, the Magistrate Judge filed a Recommendation in this case (Doc. No. 29) and after an extension of time was granted in which Petitioner was granted until November 21, 2011, (Doc. No. 31) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the 28 U.S.C. § 2254 petition for habeas corpus relief be DENIED, and that this case be and is hereby DISMISSED with prejudice in accordance with the Recommendation of the Magistrate Judge.

DONE this 8th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON, III
UNITED STATES DISTRICT JUDGE